IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. SPEDUS,

    Plaintiff,

v.

H&R BLOCK MORTGAGE COMPANY INC, et al.,

    Defendants.

No. 09-05381 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On November 23, 2009, Defendants filed a Motion to Dismiss, which is noticed for hearing on January 22, 2010.  It is HEREBY ORDERED, that Plaintiffs' opposition to the motion shall be due by no later than December 16, 2009.  Defendants' reply brief shall be due by no later than December 30, 2009.  If either party seeks to modify this briefing schedule, they must submit a request to the Court demonstrating good cause for any such modification.  If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: November 30, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. SPEDUS et al,

    Plaintiff,

v.

H&R BLOCK MORTGAGE COMPANY INC, et al,

    Defendant.

Case Number: CV09-05381 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Spedus
Pamela A. Spedus
61 Duran Drive
San Rafael, CA 94903

Dated: November 30, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk