IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. SPEDUS, et al.,

    Plaintiffs,

No. 09-05381 JSW

v.

**ORDER TO SHOW CAUSE**

H&R BLOCK MORTGAGE COMPANY INC, et al.,

    Defendants.

                                      /

On November 23, 2009, Defendants filed a Motion to Dismiss. The Court issued a briefing schedule and ordered that Plaintiffs' opposition would be due by no later than December 16, 2009. On December 15, 2009, Plaintiffs Filed a Motion to Enlarge Time to File Opening Brief and Plea for Leniency and Waiver of Formal Requirements. The Court granted, in part, Plaintiffs' request and extended the date by which Plaintiffs' opposition brief was due to January 8, 2010, extended the deadline by which Defendants' reply brief was due to January 15, 2010, and continued the hearing date to February 12, 2010.

Plaintiffs have failed to submit an opposition brief within the time allowed by the Court. Accordingly, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE as to why the case should not be dismissed for failure to prosecute or why the Defendants' motion should not be granted as unopposed.

//

//

Plaintiffs' response to this Order to Show Cause shall be due by no later than January 29, 2010. The hearing remains on calendar on February 12, 2010, pending further order of the Court. However, Plaintiffs are HEREBY ADVISED that if they fail to respond to this Order to Show Cause by January 29, 2010, the Court shall dismiss this case without prejudice for failure to prosecute.

Plaintiffs again are HEREBY ADVISED that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. Plaintiffs also may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: January 15, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. SPEDUS et al,

        Plaintiff,

  v.

H&R BLOCK MORTGAGE COMPANY INC, et al,

        Defendant.
                              /

Case Number: CV09-05381 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Spedus
61 Duran Drive
San Rafael, CA 94903

Pamela A. Spedus
61 Duran Drive
San Rafael, CA 94903

Dated: January 15, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk