IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. SPEDUS, et al.,

    Plaintiffs,

v.

H&R BLOCK MORTGAGE COMPANY INC, et al.,

    Defendants.

No. 09-05381 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING FINAL EXTENSION OF TIME**

On November 23, 2009, Defendants filed a Motion to Dismiss, which was noticed for hearing on January 22, 2010. The Court issued a briefing schedule and ordered that Plaintiffs' opposition would be due by no later than December 16, 2009. On December 15, 2009, Plaintiffs Filed a Motion to Enlarge Time to File Opening Brief and Plea for Leniency and Waiver of Formal Requirements. Plaintiffs asked that the Court delay submission of their "opening brief to no less than 60 days after the previously ordered due date," and to extend further dates as is reasonable and appropriate, and ask that "Defendants take no further action regarding foreclosure or Trustee sale until all the matters at hand are resolved." (Motion to Enlarge Time at 4.)

On December 24, 2009, the Court granted Plaintiffs' request, in part, extended the date by which Plaintiffs were required to file their opposition to the motion to dismiss from December 16, 2009, to January 8, 2010. The Court also granted Defendants an extension of time to file their reply brief and continued the hearing to February 12, 2010. The Court also advised that if either party sought to modify the briefing schedule or continue the hearing date,

they must submit a request to the Court demonstrating good cause for any such modification and shall submit such request at least seven calendar days in advance of the deadline set in this Order.

Plaintiffs again failed to file an opposition brief by the deadline set by the Court and also failed to seek an extension of time to do so. Accordingly, on January 15, 2010, the Court issued an Order to Show Cause to Plaintiffs directing them to show cause why the case should not be dismissed for failure to prosecute or why the Defendants' motion should not be granted as unopposed.

On January 28, 2010, Plaintiffs filed a timely response to the Order to Show Cause, in which they again seek an extension of time to respond to Defendants' motion to dismiss. Plaintiffs represent that they have been unable to meet the Court's deadlines due to unspecified medical conditions. Plaintiffs also advise the Court that they have consulted with the Volunteer Legal Help Center, this Court's Handbook for Pro Se Litigants, and have been attempting to find legal representation. Plaintiffs seek a minimum of 35 days to respond to Defendants' motion.

Defendants' motion has now been on file for just over two months. The Court recognizes that Plaintiffs are not lawyers. However, pro se litigants are bound by the rules of procedure. *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995), *cert. denied*, 516 U.S. 838 (1995). Thus, if Plaintiffs were unable to respond to the Defendants' motion by the January 8, 2010 deadline set by the Court, they should have filed a request for an extension *before* that date, as set forth in the Court's Order. However, the Court shall grant Plaintiffs a **final extension** to respond to Defendants' motion and one **final** continuance of the hearing date.

In light of the time that the motion has been outstanding, the Court shall not grant Plaintiffs' request for a minimum of 35 days. Rather Plaintiffs **must file** an opposition brief to Defendants' motion by no later than **February 19, 2010**. Defendants may file their reply brief on or before February 26, 2010. The hearing shall be continued to March 19, 2010 at 9:00 a.m., and shall remain on calendar pending further order of the Court.

Finally, the Court shall not entertain any further requests from Plaintiffs for extensions of time to file their opposition briefs. Thus, the Court again advises Plaintiffs that the Handbook for Pro Se Litigants, contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court again advises Plaintiffs that they also may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: February 1, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

```
 1  UNITED STATES DISTRICT COURT
    FOR THE
 2  NORTHERN DISTRICT OF CALIFORNIA

 3
    JOSEPH J. SPEDUS et al,
 4                                                    Case Number: CV09-05381 JSW
              Plaintiff,
 5                                                    CERTIFICATE OF SERVICE
       v.
 6
    H&R BLOCK MORTGAGE COMPANY
 7  INC, et al,

 8            Defendant.
                                                   /
 9
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Joseph J. Spedus
61 Duran Drive
San Rafael, CA 94903


Dated: February 1, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk