IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. SPEDUS, et al., | |
| Plaintiffs, | No. 09-05381 JSW |
| v. | **FINAL ORDER TO SHOW CAUSE** |
| H&R BLOCK MORTGAGE COMPANY INC, et al., | |
| Defendants. | |

On November 23, 2009, Defendants filed a Motion to Dismiss, which was noticed for hearing on January 22, 2010. The Court issued a briefing schedule and ordered that Plaintiffs' opposition would be due by no later than December 16, 2009. On December 15, 2009, Plaintiffs Filed a Motion to Enlarge Time to File Opening Brief and Plea for Leniency and Waiver of Formal Requirements. Plaintiffs asked that the Court delay submission of their "opening brief to no less than 60 days after the previously ordered due date," and to extend further dates as is reasonable and appropriate, and asked that "Defendants take no further action regarding foreclosure or Trustee sale until all the matters at hand are resolved." (Motion to Enlarge Time at 4.)

On December 24, 2009, the Court granted Plaintiffs' request, in part, and extended the date by which Plaintiffs were required to file their opposition to the motion to dismiss from December 16, 2009, to January 8, 2010. The Court also granted Defendants an extension of time to file their reply brief and continued the hearing to February 12, 2010. The Court

1  advised the parties that if they sought to modify the briefing schedule or continue the hearing
2  date, they would be required to submit a request to the Court demonstrating good cause for any
3  such modification and that such a request would be due least seven calendar days in advance of
4  the deadline set by the Court.

5  Plaintiffs again failed to file an opposition brief by the deadline set by the Court and also
6  failed to seek an extension of time to do so. Accordingly, on January 15, 2010, the Court issued
7  an Order to Show Cause to Plaintiffs directing them to show cause why the case should not be
8  dismissed for failure to prosecute or why the Defendants' motion should not be granted as
9  unopposed. On January 28, 2010, Plaintiffs filed a timely response to the Order to Show Cause,
10 in which they sought a further extension of time to respond to Defendants' motion to dismiss.
11 Plaintiffs represented that they had been unable to meet the Court's deadlines due to unspecified
12 medical conditions. Plaintiffs also advised the Court that they had consulted with the Volunteer
13 Legal Help Center, this Court's Handbook for Pro Se Litigants, and had been attempting to find
14 legal representation. Plaintiffs asked for a minimum of 35 days to respond to Defendants'
15 motion.

16 On February 1, 2010, the Court discharged the Order to Show Cause and granted
17 Plaintiffs a final extension of time to respond to Defendants' motion. Pursuant to that Order,
18 Plaintiffs were required to file an opposition brief to Defendants' motion by no later than
19 February 19, 2010. The Court continued the hearing on the motions to March 19, 2010 at 9:00
20 a.m.

21 Defendants' motion has now been on file for over three months, and Plaintiffs have not
22 filed a substantive response within the deadlines set by this Court. Accordingly, it is HEREBY
23 ORDERED that the initial case management conference set for March 5, 2010 is VACATED.
24 The hearing on Defendants' motion on March 19, 2010 shall remain on calendar, pending
25 further order of the Court.

26 It is FURTHER ORDERED that Plaintiffs shall have one final opportunity to show
27 cause as to why this case should not be dismissed for failure to prosecute. Plaintiffs shall file a
28 response to this Final Order to Show Cause by no later than March 10, 2010. If Plaintiffs either

2

fail to file a response by that date or if the Court finds that their response does not establish good cause for their failure to comply with the Court's deadlines, this matter shall be dismissed for failure to prosecute without further notice to Plaintiffs.

The Court again reminds Plaintiffs that the Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office, and that they may wish to seek assistance from the Legal Help Center. Plaintiffs may call the Legal Help Center at 415-782-9000, extension 8657, or sign up on the 15th Floor of the Courthouse, Room 2796, for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED.**

Dated: February 26, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. SPEDUS et al,<br><br>            Plaintiff,<br><br>   v.<br><br>H&R BLOCK MORTGAGE COMPANY INC, et al,<br><br>            Defendant.                          / | Case Number: CV09-05381 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Spedus
61 Duran Drive
San Rafael, CA 94903

Dated: February 26, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk