IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. SPEDUS, et al., | |
| Plaintiffs, | No. 09-05381 JSW |
| v. | **ORDER GRANTING REQUEST TO WAIVE LOCAL RULES FOR FILING OF REPLY WITH THE COURT AND DISCHARGING FINAL ORDER TO SHOW CAUSE** |
| H&R BLOCK MORTGAGE COMPANY INC, et al., | |
| Defendants. | |

On February 26, 2010, this Court issued a Final Order to Show Cause to Plaintiffs regarding Defendants' pending motion to dismiss, in part because Plaintiffs had not filed an opposition to the motion by the date set by the Court.

However, on that same date, Plaintiffs filed an Opposition to Defendants' Motion and Request for Leave to Amend the Complaint to Add a Cause of Action for Predatory Lending Fraud, and a Request to Waive Local Rules for Filing of Reply With the Court. At the time the Court issued its Final Order to Show Cause, it had not yet received those documents. In their "Request to Waive Local Rules," Plaintiffs attest that they served Defendants with their Opposition on February 19, 2010, as ordered by the Court but were unable to file the opposition on that date. Because it appears that Plaintiffs did serve Defendants with their opposition, the Court shall accept the late filing.

It is FURTHER ORDERED that Defendants may have until March 12, 2010 to file a reply to Plaintiffs' submission.

It is FURTHER ORDERED that the Final Order to Show Cause is DISCHARGED, and Plaintiffs shall not be required to file a response to that Order.

It is FURTHER ORDERED that the hearing on Defendants' motion on March 19, 2010 shall remain on calendar. If Plaintiffs fail to appear at that hearing, the Court shall dismiss this case for failure to prosecute without further notice to Plaintiffs.

**IT IS SO ORDERED.**

Dated: March 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JOSEPH J. SPEDUS et al,

        Plaintiff,

  v.

H&R BLOCK MORTGAGE COMPANY INC, et al,

        Defendant.

        /

Case Number: CV09-05381 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph J. Spedus
61 Duran Drive
San Rafael, CA 94903

Dated: March 4, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk